# IIN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF GEORGIA
## COLUMBUS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DONQERIOUS KING | Case No.: 4:25-CR-00026-CDL-AGH-1 |

## ORDER

Defendant was indicted on September 11, 2025, ECF. 1, and arraigned on September 30, 2025, ECF. 14. A Pretrial Conference is currently scheduled for October 27, 2025. Defendant requests a continuance and the government does not oppose. Specifically, additional time is needed to conduct investigation and discuss the government's case in chief with Mr. King.

IT IS HEREBY ORDERED that the above-referenced matter be continued to next term of Court set for <u>March 2026 term</u>, and that the Speedy Trial deadline for the trial in this matter imposed by 18 U.S.C. § 3161(c)(1) be extended to that time. The Court finds that the ends of justice served by granting of this continuance outweigh the best interests of the public and the Defendant in a speedy trial because a failure to grant such continuance could result in a miscarriage of justice and would deny counsel for the Defendant and Government the reasonable time necessary for effective preparation. 18 U.S.C. §§ 3161(h)(7)(A)-(B). The delay occasioned by this continuance shall not be considered in calculating the speedy trial deadline under the Speedy Trial Act.

SO ORDERED, this 15th day of October, 2025.

S/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA