### IIN THE UNITED STATES DISTRICT COURT FOR THE
### MIDDLE DISTRICT OF GEORGIA
### COLUMBUS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> v. <br><br> **DONQERIOUS KING** | **Case No.: 4:25-CR-00026-CDL-AGH-1** |

### ORDER

Defendant was indicted on September 11, 2025, ECF. 1, and arraigned on September 30, 2025, ECF. 14. A Pretrial Conference is currently scheduled for January 21, 2026. Defendant requests a continuance of the pretrial conference and continuance of trial until the Court's September 2026 jury trial term; the government does not oppose the motion. Specifically, additional time is needed to conduct investigation, evaluate any effect pending state charges may have, and discuss the government's case in chief with Mr. King.

IT IS HEREBY ORDERED that the above-referenced matter be continued to the Court's <u>September 2026 jury trial term</u>, and that the Speedy Trial deadline for the trial in this matter imposed by 18 U.S.C. § 3161(c)(1) be extended to that time. The Court finds that the ends of justice served by granting of this continuance outweigh the best interests of the public and the Defendant in a speedy trial because a failure to grant such continuance could result in a miscarriage of justice and would deny counsel for the Defendant and Government the reasonable time necessary for effective preparation. 18 U.S.C. §§ 3161(h)(7)(A)-(B). The delay occasioned by this continuance shall not be considered in calculating the speedy trial deadline under the Speedy Trial Act.

SO ORDERED, this 12th day of January, 2026.

S/Clay D. Land<br>
CLAY D. LAND<br>
U.S. DISTRICT COURT JUDGE